UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>VS. )<br>)<br>)<br>MARLON R. AVILA-CRUZ )<br>DEFENDANT ) | CASE NO: 1:26-cr-00003-SDN |

### DEFENDANT'S MOTION TO CONTINUE PLEA

**NOW COMES** the Defendant, Marlon R. Avila-Cruz, by and through his undersigned attorney, Kaylee J. Folster, Esq., and hereby moves to continue the plea currently set for January 29, 2026 at 11:00 a.m. due to the interpreter not being able to make the meeting the undersigned had set up with the Defendant. It is respectfully requested that the plea be continued to a date after February 23, 2026, so I can reschedule a visit with the Defendant and interpreter.

Andrew McCormack, AUSA, does not object to the granting of this motion.

WHEREFORE, Defendant respectfully requests that his Motion be granted and his plea be continued to .

DATED this 27th day of January, 2026.

/s/Kaylee J. Folster, Esq.
Bar #4967
Vafiades, Brountas & Kominsky, LLP
23 Water Street
P.O. Box 919
Bangor, ME  04402-0919
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

      I hereby certify that on January 27, 2026, I electronically filed Defendant's Motion to Continue with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following: Andrew McCormack, AUSA. I hereby certify that on January 27, 2026 I have mailed by United States Postal Service, the document(s) to the following non-registered participants: Marlon R. Avila-Cruz

                                          /s/Kaylee J. Folster, Esq.
                                          Bar #4967
                                          Vafiades, Brountas & Kominsky, LLP
                                          23 Water Street
                                          P.O. Box 919
                                          Bangor, ME  04402-0919
                                          Attorneys for Defendant